## (April 24, 1978)

■ HIGH BENNETT et al., Constituting the Mount Vernon Parking Authority, Respondents, v RALPH LICURSI et al., Constituting the Municipal Civil Service Commission of the City of Mt. Vernon, Respondent, and VICTOR S. BAHOU et al., Constituting the New York State Civil Service Commission, Appellants.—Appeal (by permission) by Victor S. Bahou et al., constituting the New York State Civil Service Commission, from so much of an order of the Supreme Court, Westchester County, dated January 24, 1978, as denied their motion to dismiss the complaint. Order affirmed insofar as appealed from, without costs or disbursements, on the opinion of

Mr. Justice Dickinson at Special Term. Suozzi, J. P., Cohalan, Margett and Hawkins, JJ., concur.